UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    CRIMINAL NO. 21-30151

        Plaintiff                                  Original District No. 19-092

v.

**MYCHEL GEE,**

        Defendant.
_____/

**GOVERNMENT'S PETITION FOR TRANSFER
OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant, **MYCHEL GEE** to answer to supervised release violation allegations pending in another federal district, and states:

    1. On **March 30, 2021**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **District of North Dakota.** Defendant is charged in that district with a violation of **Supervised Release**.

    2. Rule 32.1 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary hearing as described in Rule 32.1(b)(1).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure.

        Respectfully submitted

        SAIMA MOHSIN
        Acting United States Attorney

        *Paul A. Kuebler*

        PAUL KUEBLER
        Assistant U.S. Attorney
        211 W. Fort Street, Ste 2001
        Detroit, Michigan 48226

Dated: March 30, 2021